UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD GREEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case number 4:04cv0610 CEJ |
| ) | TCM |
| CHUCK DWYER and ) | |
| JEREMIAH W. NIXON, ) | |
| ) | |
| Respondents. ) | |

## ORDER

This 28 U.S.C. § 2254 petition is before the Court on the motion of Respondent for an extension of thirty days, up to and including July 8, 2007, in which to respond to the Court's order of May 10, 2007, to address the merits of the petition on or before June 8, 2007. [Doc. 12] Respondent is granted **twenty** additional days, up to and including **June 28, 2007**, within which to comply with the Court's order. **No further extensions will be granted**.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of June, 2007.